1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA 95814
   Telephone: (916) 444-3994
4
   Attorney for Defendant
5  RICARDO VENEGAS

6

7                  IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CR NO. S-06-0441 GEB
                                )
11         Plaintiff,           )    STIPULATION AND
                                )    [PROPOSED] ORDER CONTINUING
12    v.                        )    STATUS CONFERENCE
                                )
13 EFRAIN MEDINA, et al,        )
                                )    Date:  3/20/09
14         Defendants.          )    Time:  9:00 a.m.
                                )    Judge: Hon. Garland E.
15 _____)           Burrell, Jr.

16

17      IT IS HEREBY stipulated between the United States of America

18 through its undersigned counsel, Jill M. Thomas, Assistant United

19 States Attorney, together with counsel for defendant Ricardo

20 Venegas, John R. Manning Esq., counsel for defendant Wendell

21 Stewart, Daniel M. Davis, Esq., counsel for defendant Valerie

22 White, William E. Bonham, Esq., counsel for defendant Aaron

23 Potts, Timothy E. Warriner, Esq., and counsel for defendant

24 Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status

25 conference presently set for March 20, 2009 be **continued to May

26 8, 2009, at 9:00 a.m.**, thus **vacating** the presently set status

27 conference.

28      Counsel for the parties agree that this is an appropriate

                                1

exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the requested continuance is based upon more time needed to investigate as well as Mr. Warriner being in trial) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, May 8, 2009.

IT IS SO STIPULATED.

Dated: March 18, 2009        /s/ John R. Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Ricardo Venegas

Dated: March 18, 2009        /s/ Daniel M. Davis
                             DANIEL M. DAVIS
                             Attorney for Defendant
                             Wendell Stewart

Dated: March 18, 2009        /s/ William E. Bonham
                             WILLIAM E. BONHAM
                             Attorney for Defendant
                             Valerie White

Dated: March 18, 2009        /s/ Edward C. Bell
                             EDWARD C. BELL
                             Attorney for Defendant
                             Isauro Jauregui Catalan

Dated: March 18, 2009        /s/ Timothy E. Warriner
                             TIMOTHY E. WARRINER
                             Attorney for Defendant
                             Aaron Potts

Dated: March 18, 2009        McGREGOR W. SCOTT
                             United States Attorney


                         by:  /s/Jill M. Thomas
                             JILL M. THOMAS
                             Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              ) Case No.  CR.S-06-0441-GEB
                                       )
                    Plaintiff,         )
                                       )
        v.                             ) [PROPOSED] ORDER TO
                                       ) CONTINUE STATUS CONFERENCE
EFRAIN MEDINA, et al.,                 )
                                       )
                                       )
                    Defendants.        )
_____

        GOOD CAUSE APPEARING, it is hereby ordered that the March

20, 2009 status conference be continued to May 8, 2009 at 9:00

a.m.  I find that the ends of justice warrant an exclusion of

time and that the defendant's need for continuity of counsel and

reasonable time for effective preparation exceeds the public

interest in a trial within 70 days.  THEREFORE IT IS FURTHER

ORDERED that time be excluded pursuant to 18 U.S.C. §

3161(h)(8)(B)(iv) and Local Code T4 from the date of this order

to May 8, 2009.


IT IS SO ORDERED.

Dated:  March 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

3