Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
AARON POTTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CRS 06 0441 GEB
)
      Plaintiff, ) STIPULATION & ORDER
) CONTINUING STATUS
      v. ) CONFERENCE AND
) EXCLUDING TIME
EFRAIN MEDINA, *et al.*, )
)
      Defendants. )
)

The parties hereby stipulate to the following:

1. A status conference in this matter is presently set for May 8, 2009 at 9:00 a.m.

2. Counsel for Mr. Potts is conducting investigation and reviewing case documents, and has been in trial from January 6 through May 4. The materials in this case are voluminous and all parties agree to continue the status conference to allow counsel time to prepare for trial and/or disposition by way of plea.

3. All parties agree to continue the status conference to **July 17, 2009 at 9:00 a.m.**, and agree to exclude time to that date for preparation of counsel pursuant to Local Code T4. 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: May 6, 2009      /s/ Tim Warriner, Attorney for
                                      Defendant AARON POTTS

DATED: May 6, 2009      /s/ John R. Manning, Attorney for
                                      Defendant RICARDO VENEGAS

1

| | | |
|---|---|---|
| DATED: May 6, 2009 | | /s/ Daniel M. Davis, Attorney for Defendant WENDELL STEWART |
| DATED: May 6, 2009 | | /s/ William E. Bonham, Attorney for Defendant VALERIE WHITE |
| DATED: May 6, 2009 | | /s/ Edward C. Bell, Attorney for Defendant ISAURO JAUREGUI CATALAN |
| DATED: May 6, 2009 | | /s/ Jill M. Thomas Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for May 8, 2009 be continued to July 17, 2009 at 9:00 a.m., and that time continue to be excluded to July 17, 2009 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: May 11, 2009

GARLAND E. BURRELL, JR.
United States District Judge

2