1  Timothy E. Warriner
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   AARON POTTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 06 0441 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | FOR TEMPORARY RELEASE |
| | ) | TO ATTEND FAMILY FUNERAL |
| v. | ) | |
| | ) | |
| | ) | |
| AARON POTTS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The defendant's father, Nathaniel Potts, Jr., passed away on May 11, 2009 from cancer. His funeral services will be held at 11:00 a.m. on Wednesday, May 20, 2009, at the Saint Paul Baptist Church, 3996 14th Ave., Sacramento, CA 95820, in Oak Park.

Counsel for the government, Jill Thomas, and for the defendant, Timothy E. Warriner, hereby stipulate and agree that defendant Aaron Potts be transported to the United States Marshal's Office on the 5th Floor of the United States Courthouse the morning of May 20, 2009, and that he be released to third party custodian and defense investigator, Ms. Lisa M. Gara, for the purpose of being transported to the funeral service. Ms. Gara will supervise Mr. Potts and act as third party custodian during the funeral services, and will return Mr. Potts to the United States Marshal's Office at the conclusion of the funeral service, and in no case later than 4:00 p.m.

The United States Marshal's office has been contacted concerning these arrangements, and has voiced no objection thereto. The defendant's family will drop off Mr. Potts street clothes to the Marshal's office the day before the service. Counsel has also discussed these arrangements

with DEA agent Jim Delaney.  Agent Delaney has consented to the foregoing temporary release.

DATED: May 15, 2009  /s/ Tim Warriner, Attorney for Defendant,
AARON POTTS

DATED: May 15, 2009  /s/ Jill Thomas, Assistant U.S. Attorney
For the Government

ORDER

IT IS HEREBY ORDERED that defendant Aaron Potts be transported from the Sacramento County Jail to the United States Marshal's Office by 9:00 a.m. on May 20, 2009.  It is further ordered that Mr. Potts be released to Ms. Lisa Gara, the defense investigator, who will serve as a third party custodian of Mr. Potts.  Ms. Gara is directed to transport and accompany Mr. Potts to the defendant's father's funeral at the Saint Paul Baptist Church, 3996 14th Ave., Sacramento, California, for the purpose of attending the funeral of Mr. Nathaniel Potts, Jr.  Ms. Gara is ordered to return defendant Aaron Potts to the United States Marshal's Office upon the conclusion of the funeral service, and in no event later than 4:00 p.m. on May 20, 2009.  Mr. Potts is ordered to comply with all directions of third party custodian Lisa Gara.

DATED: May 19, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

potts.ord