JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-0441 GEB |
| Plaintiff, | |
| | STIPULATION AND |
| | [PROPOSED ORDER] CONTINUING |
| v. | STATUS CONFERENCE |
| EFRAIN MEDINA, et al, | |
| Defendant. | Judge: Honorable Garland E. Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Wendell Stewart, Daniel M. Davis, Esq., counsel for defendant Valerie White, William E. Bonham, Esq., counsel for defendant Aaron Potts, Timothy E. Warriner, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for July 17, 2009 be **continued to September 11, 2009, at 9:00 a.m.,** thus **vacating** the presently set status conference.

    Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, September 11, 2009.

1

IT IS SO STIPULATED.

Dated: July 16, 2009                                /s/  John R. Manning
                                                    JOHN R. MANNING
                                                    Attorney for Defendant
                                                    Ricardo Venegas

Dated: July 16, 2009                                /s/  Daniel M. Davis
                                                    DANIEL M. DAVIS
                                                    Attorney for Defendant
                                                    Wendell Stewart

Dated: July 16, 2009                                /s/  William E. Bonham
                                                    WILLIAM E. BONHAM
                                                    Attorney for Defendant
                                                    Valerie White

Dated: July 16, 2009                                /s/  Edward C. Bell
                                                    EDWARD C. BELL
                                                    Attorney for Defendant
                                                    Isauro Jauregui Catalan

Dated: July 16, 2009                                /s/  Timothy E. Warriner
                                                    TIMOTHY E. WARRINER
                                                    Attorney for Defendant
                                                    Aaron Potts

Dated: July 16, 2009                                Lawrence Brown
                                                    Acting United States Attorney

                                           by:      /s/ Jill M. Thomas
                                                    JILL M. THOMAS
                                                    Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-0441 GEB |
| | ) |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER TO |
| v. | )  CONTINUE STATUS CONFERNCE |
| | ) |
| EFRAIN MEDINA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the July 17, 2009 status conference be continued to September 11, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 from the date of this order to September 11, 2009. IT IS SO ORDERED.

Dated: July 20, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

3