FILED

NOV 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1  Timothy E. Warriner
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   AARON POTTS

5

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 06 0441 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR TEMPORARY RELEASE TO ATTEND FAMILY FUNERAL |
| v. | ) | |
| AARON POTTS, et al., | ) | |
| Defendants. | ) | |

The defendant's grandfather, Nathaniel Potts, Sr., passed away on November 13, 2009 from prostate cancer. His funeral services will be held at 11:00 a.m. on Friday, November 20, 2009, at the Shiloh Baptist Church, 3565 9th Ave., Sacramento, CA 95817, in Oak Park. The burial site will be at 6700 21st Ave., Sacramento, CA 95820.

Counsel for the government, Jill Thomas, and for the defendant, Timothy E. Warriner, hereby stipulate and agree that defendant Aaron Potts be transported to the United States Marshal's Office on the 5th Floor of the United States Courthouse the morning of November 20, 2009, and that Mr. Potts be released to defense counsel or the defense investigator, acting as a third party custodian, for the purpose of being transported to the funeral service. Defense counsel or the defense investigator will supervise Mr. Potts and act as third party custodian during the funeral services, and will return Mr. Potts to the United states Marshal's Office at the conclusion of the funeral service, and in no case later than 4:00 p.m.

The defendant's family will drop off Mr. Potts' street clothes to the Marshal's office the

1  day before the service. Counsel has discussed this arrangement with the United States Marshal's
2  Office. A representative of that office has indicated that Mr. Potts can be transported from Butte
3  County Jail to the United States Marshal's Office on November 20, 2009 with other inmates who
4  have court appearances that morning. Counsel has also discussed these arrangements with DEA
5  agent Jim Delaney. Agent Delaney has no objection to the foregoing temporary release.

6  Mr. Potts' father (Nathanial Potts Jr.) passed away earlier this year (May 11), and a
7  similar release arrangement with a third party custodian was ordered by the court. Mr. Potts'
8  complied with the court order and returned to U.S. Marshal custody as directed.

10  DATED: November 18, 2009          /s/ Tim Warriner, Attorney for Defendant,
                                        AARON POTTS

12  DATED: November 18, 2009          /s/ Jill Thomas, Assistant U.S. Attorney
                                        For the Government

15                                   ORDER

16  IT IS HEREBY ORDERED that defendant Aaron Potts be transported from the Butte
17  County Jail to the United States Marshal's Office by 9:00 a.m. on November 20, 2009. It is
18  further ordered that Mr. Potts be released to defense counsel or the defense investigator, who will
19  serve as a third party custodian of Mr. Potts. Counsel or the defense investigator is directed to
20  transport and accompany Mr. Potts to the defendant's grandfather's funeral at the Shiloh Baptist
21  Church, 3565 9th Ave., Sacramento, California, for the purpose of attending the funeral and burial
22  of Mr. Nathaniel Potts, Sr. Mr. Potts is ordered to return to the United States Marshal's Office
23  upon the conclusion of the proceedings, and in no event later than 4:00 p.m. on November 20,
24  2009. Mr. Potts is ordered to comply with all directions of the third party custodian.

25  DATED: 11/18/2009                 _____
                                        UNITED STATES MAGISTRATE JUDGE