JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>RICARDO VENEGAS and<br>AARON POTTS,<br><br>   Defendants. | No. CR-S-06-0441 GEB<br><br>STIPULATION AND<br>[PROPOSED ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Judge:  Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., and counsel for defendant Aaron Potts, Timothy E. Warriner, Esq., that the status conference presently set for December 4, 2009 be **continued to January 8, 2010, at 9:00 a.m.,** thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, January 8, 2010.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: December 1, 2009 | /s/  John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Ricardo Venegas |
| Dated: December 1, 2009 | /s/  Timothy E. Warriner<br>TIMOTHY E. WARRINER<br>Attorney for Defendant<br>Aaron Potts |
| Dated: December 1, 2009 | Lawrence Brown<br>Acting United States Attorney |
| | by:  /s/ Jill M. Thomas<br>JILL M. THOMAS<br>Assistant U.S. Attorney |

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RICARDO VENEGAS AND<br>AARON POTTS.,<br><br>  Defendants. | No. CR-S-06-0441 GEB<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the December 4, 2009 status conference be continued to January 8, 2010 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to January 8, 2010.

IT IS SO ORDERED.

Dated: 12/7/09

GARLAND E. BURRELL, JR.
United States District Judge

3