JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0441 GEB |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) ) | |
| WENDALL STEWART, et al, | ) ) | |
| Defendants. | ) ) ) ) ) | Judge: Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., counsel for defendant Valerie White, William E. Bonham, Esq., counsel for defendant Aaron Potts, Timothy E. Warriner, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for March 5, 2010 be **continued to April 16, 2010, at 9:00 a.m.,** thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, April 16, 2010.

IT IS SO STIPULATED.

```
Dated: March 4, 2010                    /s/ John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Ricardo Venegas

Dated: March 4, 2010                    /s/ Candace A. Fry
                                        CANDACE A. FRY
                                        Attorney for Defendant
                                        Wendell Stewart

Dated: March 4, 2010                    /s/ William E. Bonham
                                        WILLIAM E. BONHAM
                                        Attorney for Defendant
                                        Valerie White

Dated: March 4, 2010                    /s/ Edward C. Bell
                                        EDWARD C. BELL
                                        Attorney for Defendant
                                        Isauro Jauregui Catalan

Dated: March 4, 2010                    /s/ Timothy E. Warriner
                                        TIMOTHY E. WARRINER
                                        Attorney for Defendant
                                        Aaron Potts

Dated: March 4, 2010                    Benjamin B. Wagner
                                        Acting United States Attorney

                                by:     /s/ Jill M. Thomas
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney
```

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0441 GEB |
| Plaintiff, | ) ) ) | ORDER TO |
| v. | ) ) | CONTINUE STATUS CONFERNCE |
| WENDALL STEWART, et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the March 5, 2010 status conference be continued to April 16, 2010 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to April 16, 2010.

IT IS SO ORDERED.

Dated: 3/8/10

GARLAND E. BURRELL, JR.
United States District Judge