Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
AARON POTTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 06 0441 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| AARON POTTS, *et al.,* | ) | |
| Defendants. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is presently set for April 16, 2010 at 9:00 a.m.

2. Counsel for Mr. Potts is conducting investigation and continuing to review discovery documents. The materials in this case are voluminous and all parties agree to continue the status conference to allow counsel time to prepare for trial and/or disposition by way of plea.

3. All parties agree to continue the status conference to **May 21, 2010 at 9:00 a.m.**, and agree to exclude time to that date for preparation of counsel pursuant to Local Code T4. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: April 15, 2010            /s/ Tim Warriner, Attorney for
                                 Defendant AARON POTTS

DATED: April 15, 2010            /s/ John R. Manning, Attorney for
                                 Defendant RICARDO VENEGAS

1

| | | |
|---|---|---|
| DATED: April 15, 2010 | | /s/ Candace Fry, Attorney for<br>Defendant WENDELL STEWART |
| DATED: April 15, 2010 | | /s/ William E. Bonham, Attorney for<br>Defendant VALERIE WHITE |
| DATED: April 15, 2010 | | /s/ Edward C. Bell, Attorney for Defendant<br>ISAURO JAUREGUI CATALAN |
| DATED: April 15, 2010 | | /s/ Jill M. Thomas<br>Assistant U.S. Attorney |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for April 16, 2010 be continued to May 21, 2010 at 9:00 a.m., and that time continue to be excluded to May 21, 2010 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

_____
GARLAND E. BURRELL, JR.
United States District Judge

2