JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-0441 GEB |
| Plaintiff, | |
| | STIPULATION AND |
| | [PROPOSED ORDER] CONTINUING |
| v. | STATUS CONFERENCE |
| WENDALL STEWART, et al, | |
| Defendants. | Judge: Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., counsel for defendant Valerie White, William E. Bonham, Esq., counsel for defendant Aaron Potts, Timothy E. Warriner, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for May 21, 2010 be **continued to July 9, 2010, at 9:00 a.m.,** thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, July 9, 2010.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: May 18, 2010 | /s/  John R. Manning |
| | JOHN R. MANNING |
| | Attorney for Defendant |
| | Ricardo Venegas |
| Dated: May 18, 2010 | /s/  Candace A. Fry |
| | CANDACE A. FRY |
| | Attorney for Defendant |
| | Wendell Stewart |
| Dated: May 18, 2010 | /s/  William E. Bonham |
| | WILLIAM E. BONHAM |
| | Attorney for Defendant |
| | Valerie White |
| Dated: May 18, 2010 | /s/  Edward C. Bell |
| | EDWARD C. BELL |
| | Attorney for Defendant |
| | Isauro Jauregui Catalan |
| Dated: May 18, 2010 | /s/  Timothy E. Warriner |
| | TIMOTHY E. WARRINER |
| | Attorney for Defendant |
| | Aaron Potts |
| Dated: May 18, 2010 | Benjamin B. Wagner |
| | Acting United States Attorney |
| | by:   /s/ Jill M. Thomas |
| | JILL M. THOMAS |
| | Assistant U.S. Attorney |

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>WENDALL STEWART, et al.,<br><br>      Defendants. | No. CR-S-06-0441 GEB<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the May 21, 2010 status conference be continued to July 9, 2010 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to July 9, 2010.

IT IS SO ORDERED.

Dated: 5/19/10

_____
GARLAND E. BURRELL, JR.
United States District Judge