Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
AARON POTTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AARON POTTS, *et al.,*<br><br>　　　　Defendants. | No. CRS 06 0441 GEB<br><br>AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

The parties hereby stipulate to the following:

1. A status conference in this matter is presently set for July 9, 2010 at 9:00 a.m.

2. Counsel for Mr. Potts is conducting investigation and continuing to review discovery documents. The materials in this case are voluminous and all parties agree to continue the status conference to allow counsel time to prepare for trial and/or disposition by way of plea.

3. All parties agree to continue the status conference to **August 6, 2010 at 9:00 a.m.**, and agree to exclude time to that date for preparation of counsel pursuant to Local Code T4. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: July 8, 2010　　　　　/s/ Tim Warriner, Attorney for
　　　　　　　　　　　　　　　　　Defendant AARON POTTS

DATED: July 8, 2010　　　　　/s/ John R. Manning, Attorney for

1

|   |   |
|---|---|
| | Defendant RICARDO VENEGAS |
| DATED: July 8, 2010 | /s/ Candace Fry, Attorney for<br>Defendant WENDELL STEWART |
| DATED: July 8, 2010 | /s/ William E. Bonham, Attorney for<br>Defendant VALERIE WHITE |
| DATED: July 8, 2010 | /s/ Edward C. Bell, Attorney for Defendant<br>ISAURO JAUREGUI CATALAN |
| DATED: July 8, 2010 | /s/ Jill M. Thomas<br>Assistant U.S. Attorney |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for July 9, 2010 be continued to August 6, 2010 at 9:00 a.m., and that time continue to be excluded to August 6, 2010 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: July 9, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2