1  Timothy E. Warriner
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   AARON POTTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 06 0441 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER FOR PRE-PLEA |
| ) | PRESENCE INVESTIGATION |
| ) | REPORT, FOR CONTINUANCE OF |
| v. ) | STATUS CONFERENCE, AND FOR |
| ) | EXCLUSION OF TIME |
| AARON POTTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Counsel for the government, Jill Thomas, and counsel for defendant Aaron Potts, Tim Warriner, hereby jointly request that the court order the United States Probation Department to complete a Pre-Plea Presence Investigation Report. The superseding indictment in this case is complex, presenting multiple conspiracies and counts. The parties request a Pre-Plea Presence Investigation Report in order to assist in the resolution of this case by way of plea agreement, and it is believed that such report will resolve issues concerning application of the Sentencing Guidelines.

It is further requested and stipulated that the Pre-Plea Presence Investigation Report be distributed only to the parties, and that it not be disclosed to the court until after any guilty plea is entered, or in the event the defendant is found guilty after trial.

The parties request that the status conference now set for August 6, 2010 be continued to November 5, 2010, and that time be excluded to November 5, 2010 for the continued preparation

1

of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)).

Respectfully submitted.

DATED: August 3, 2010                             /s/ Tim Warriner, Attorney for
                                                  Defendant, Aaron Lamar Potts

DATED: August 3, 2010                             /s/ Jill Thomas, Assistant United
                                                  States Attorney, for the Government

[PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the United States Probation Department prepare a Pre-Plea Presentence Investigation Report.  The report is to be disclosed to the parties.  The report is not at this time to be filed with the court.

It is further ordered that the status conference set for August 6, 2010 be continued to November 5, 2010, and that time continue to be excluded to November 5, 2010 for preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)).

Dated:  October 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2