Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
AARON POTTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AARON POTTS, *et al.*,<br><br>  Defendants. | No. CRS 06 0441 GEB<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE AND FOR EXCLUSION OF TIME |

Counsel for the government, Jill Thomas, and counsel for defendant Aaron Potts, Tim Warriner, hereby jointly request that the status conference now scheduled for November 5, 2010, be continued to **December 3, 2010 at 9:00 a.m.**, and that time be excluded to December 3, 2010 for continued preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)). Exclusion of time is requested as defense counsel is continuing to locate and interview witnesses, and is in the process of providing materials to the probation officer, and assisting the probation officer, concerning preparation of the pre-plea presentence report.

Respectfully submitted.

DATED: November 1, 2010            /s/ Tim Warriner, Attorney for
                                   Defendant, Aaron Lamar Potts

DATED: November 1, 2010            /s/ Jill Thomas, Assistant United
                                   States Attorney, for the Government

1

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the status conference set for November 5, 2010 be continued to December 3, 2010 at 9:00 a.m., and that time continue to be excluded to December 3, 2010 for preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)).

Dated: November 2, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2