Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
AARON POTTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 06 0441 GEB |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE AND FOR EXCLUSION OF TIME |
| v. | ) ) | |
| AARON POTTS, *et al.,* | ) ) | |
| Defendants. | ) ) | |

    Counsel for the government, Jill Thomas, and counsel for defendant Aaron Potts, Timothy E. Warriner, hereby jointly request that the status conference now scheduled for February 4, 2011, be continued to **March 11, 2011 at 9:00 a.m.**, and that time be excluded to March 11, 2011 for continued preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)). Exclusion of time is requested as defense counsel is continuing to assist the probation officer concerning preparation of the pre-plea presentence report.

    Respectfully submitted.

DATED: February 1, 2011                      /s/ Tim Warriner, Attorney for
                                                               Defendant, Aaron Lamar Potts

DATED: February 1, 2011                      /s/ Jill Thomas, Assistant United
                                                               States Attorney, for the Government

ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the status conference set for February 4, 2011 be continued to March 11, 2011 at 9:00 a.m., and that time continue to be excluded to March 11, 2011 for preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)).

Dated:  February 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2