1   Timothy E. Warriner
    Attorney at Law
2   813 6th St., Suite 450
    Sacramento, CA 95814
3   (916) 443-7141

4   Attorney for defendant,
    AARON POTTS

5

6

7                   IN THE UNITED STATES DISTRICT COURT FOR THE

8                        EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,          )      No. CRS 06 0441 GEB
                                        )
10                 Plaintiff,           )      STIPULATION AND [PROPOSED]
                                        )      ORDER FOR CONTINUANCE OF
11                                      )      STATUS CONFERENCE AND FOR
                                        )      EXCLUSION OF TIME
12         v.                           )
                                        )
13  AARON POTTS, *et al.*,              )
                                        )
14                 Defendants.          )
    _____)

15
            Counsel for the government, Jill Thomas, and counsel for defendant Aaron Potts,
16
    Timothy E. Warriner, hereby jointly request that the status conference now scheduled for March
17
    11, 2011, be continued to **April 22, 2011 at 9:00 a.m.**, and that time continue to be excluded to
18
    April 22, 2011 for preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)).
19
    Exclusion of time is requested as defense counsel first received the pre-plea presentence report
20
    on March 8, and additional time is needed for counsel to review and evaluate the report, to meet
21
    with the client, who is housed in the Butte County Jail, concerning the contents of the report, and
22
    to continue plea negotiations with the Government.
23
            Respectfully submitted.
24

25  DATED: March 9, 2011                       /s/ Tim Warriner, Attorney for
                                               Defendant, Aaron Lamar Potts
26

27

28                                      1

1  DATED: March 9, 2011                    /s/ Jill Thomas, Assistant United
                                           States Attorney, for the Government
2

3                        [PROPOSED] ORDER

4          Pursuant to the stipulation of the parties, it is hereby ordered that the status conference set

5  for March 11, 2011 be continued to April 22, 2011 at 9:00 a.m., and that time continue to be

6  excluded to April 22, 2011 for preparation of counsel (Local Code T 4; 18 U.S.C. §

7  3161(h)(7)(B)(iv)).

8  Dated:  March 10, 2011

9

10                                         _____
                                           GARLAND E. BURRELL, JR.
11                                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2