1  Timothy E. Warriner
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   AARON POTTS

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,        )   No. CRS 06 0441 GEB
                                    )
10                Plaintiff,        )   STIPULATION AND [PROPOSED]
                                    )   ORDER FOR CONTINUANCE OF
11                                  )   STATUS CONFERENCE AND FOR
                                    )   EXCLUSION OF TIME
12       v.                         )
                                    )
13 AARON POTTS,                     )
                                    )
14                Defendant.        )
                                    )
15 _____  )

16       Counsel for the government, Jill Thomas, and counsel for defendant Aaron Potts,

17 Timothy E. Warriner, hereby jointly request that the status conference now scheduled for April

18 22, 2011, be continued to **May 20, 2011 at 9:00 a.m.**, and that time continue to be excluded to

19 May 20, 2011 for preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)).

20 Exclusion of time is requested as additional time is needed for counsel to review and evaluate the

21 pre-plea presentence report and written plea agreement, to meet with the client, who is housed in

22 the Butte County Jail, concerning the pre-plea report and plea agreement, and to continue plea

23 negotiations with the Government.

         Respectfully submitted.
24

25 DATED: April 20, 2011                          /s/ Tim Warriner, Attorney for
                                                  Defendant, Aaron Lamar Potts
26

27

28                                        1

1  DATED: April 20, 2011                                    /s/ Jill Thomas, Assistant United
                                                            States Attorney, for the Government
2

3                              [PROPOSED] ORDER

4        Pursuant to the stipulation of the parties, it is hereby ordered that the status conference set

5  for April 22, 2011 be continued to May 20, 2011 at 9:00 a.m., and that time continue to be

6  excluded to May 20, 2011 for preparation of counsel (Local Code T 4; 18 U.S.C. §

7  3161(h)(7)(B)(iv)).

8  Dated:  April 25, 2011

9

10                                                          _____
                                                            GARLAND E. BURRELL, JR.
11                                                          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                            2