Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
AARON POTTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 06 0441 GEB |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE AND FOR EXCLUSION OF TIME |
| v. | ) ) | |
| AARON POTTS, | ) ) | |
| Defendant. | ) ) | |

     Counsel for the government, Jill Thomas, and counsel for defendant Aaron Potts, Timothy E. Warriner, hereby jointly request that the status conference now scheduled for May 20, 2011, be continued to **July 22, 2011 at 9:00 a.m.**, and that time continue to be excluded to July 22, 2011 for preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)). Exclusion of time is requested as additional time is needed for counsel to review and evaluate the pre-plea presentence report and written plea agreement, to meet with the client, who is housed in the Butte County Jail, concerning the pre-plea report and plea agreement, and to continue plea negotiations with the Government.

     Respectfully submitted.

DATED: May 17, 2011                                             /s/ Tim Warriner, Attorney for
                                                                Defendant, Aaron Lamar Potts

1

1  DATED: May 17, 2011                           /s/ Jill Thomas, Assistant United
                                                 States Attorney, for the Government

## ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the status conference set for May 20, 2011 be continued to July 22, 2011 at 9:00 a.m., and that time continue to be excluded to July 22, 2011 for preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)).

Dated:  May 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2