1  Timothy E. Warriner
   Attorney at Law
2  660 J St., Suite 390
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   AARON POTTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 06 0441 GEB |
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR CONTINUANCE OF |
| | ) ) | STATUS CONFERENCE AND FOR EXCLUSION OF TIME |
| v. | ) ) | |
| AARON POTTS, | ) ) | |
| Defendant. | ) ) | |

      Counsel for the government, Jill Thomas, and counsel for defendant Aaron Potts, Timothy E. Warriner, hereby jointly request that the status conference now scheduled for September 30, 2011, be continued to **November 4, 2011 at 9:00 a.m.**, and that time continue to be excluded to November 4, 2011 for preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)). Exclusion of time is requested as time continues to be needed for counsel to review and evaluate the pre-plea presentence report and written plea agreement, to meet with the client, who is housed in the Butte County Jail, concerning the pre-plea report and plea agreement, and to continue plea negotiations with the Government. The parties stipulate that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

      Respectfully submitted.

1

1  DATED: September 28, 2011                    /s/ Tim Warriner, Attorney for
                                                 Defendant, Aaron Lamar Potts
2

3  DATED: September 28, 2011                    /s/ Jill Thomas, Assistant United
                                                 States Attorney, for the Government
4

5                                    ORDER

6       Pursuant to the stipulation of the parties, it is hereby ordered that the status conference set
7  for September 30, 2011 be continued to November 4, 2011 at 9:00 a.m., and that time continue to
8  be excluded to November 4, 2011 for preparation of counsel (Local Code T 4; 18 U.S.C. §
9  3161(h)(7)(B)(iv)). The court finds that the ends of justice served by the granting of the
10 continuance outweigh the best interests of the public and the defendant in a speedy trial. (18
11 U.S.C. § 3161(h)(7)(A).)

12 Dated:  September 28, 2011

14 _____
   GARLAND E. BURRELL, JR.
15 United States District Judge

2