```
BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-2:06-0441 GEB |
|       Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
|   v. ) | EXCLUDING TIME |
| ) | |
| AARON LAMAR POTTS, ) | |
| ) | |
|       Defendant. ) | Hon. Garland E. Burrell, Jr. |

The parties request that the status conference currently set for April 27, 2012, be continued to May 25, 2012, at 9:00 a.m. and stipulate that the time beginning April 27, 2012, and extending through and including May 25, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv); Local Code T4.  The parties need additional time for preparation.

1

1  The parties stipulate and agree that the interests of
2 justice served by granting this continuance outweigh the best
3 interests of the public and the defendant in a speedy trial.

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: April 25, 2012               By:/s/ Jill M. Thomas
                                       JILL M. THOMAS
                                       Assistant U.S. Attorney

Dated: April 25, 2012               By:/s/ Tim Warriner
                                       TIM WARRINER
                                       Attorney for defendant
                                       AARON LAMAR POTTS

**ORDER**

For the reasons set forth above the status conference in case number CR. S-2:06-0441 GEB currently set for April 27, 2012, is continued to May 25, 2012, and the time beginning April 27, 2012, and extending through May 25, 2012, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  April 25, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge