| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MIRA R. CHERNICK<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-441-GEB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING TO DECEMBER 11, 2018 AT 2:00 P.M. |
| v. | |
| AARON LAMAR POTTS, | DATE: November 29, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Kendall J. Newman |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney MIRA CHERNICK, counsel for Plaintiff, and Assistant Federal Defender HANNAH LABAREE, counsel for Defendant AARON LAMAR POTTS, that the preliminary hearing scheduled for December 11, 2018, at 9:00 a.m. be continued to December 11, 2018, at 2:00 p.m. This continuance is being requested to accommodate a witness who will be traveling from outside of the district.

Dated: November 29, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Mira R. Chernick
MIRA R. CHERNICK
Assistant United States Attorney

Dated: November 29, 2018

HEATHER WILLIAMS
Federal Defender

By: /s/ Hannah Rose Labaree
HANNAH ROSE LABAREE
Assistant Federal Defender

STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING

1

ORDER

IT IS SO ORDERED.

Dated: November 30, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE