| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MIRA R. CHERNICK<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>AARON LAMAR POTTS,<br><br>            Defendant. | CASE NO. 2:06-CR-441-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING<br><br>DATE: January 3, 2019<br>TIME: 4:30 p.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
|---|---|

IT IS HEREBY STIPULATED by and between Assistant United States Attorney MIRA CHERNICK, counsel for Plaintiff, and Assistant Federal Defender HANNAH LABAREE, counsel for Defendant AARON LAMAR POTTS, that the hearing scheduled for January 4, 2019, at 9:00 a.m. be continued to January 18, 2019, at 9:00 a.m. This continuance is being requested to allow the defense time to prepare following the filing of a superseding petition on January 2, 2019.

Dated: January 3, 2019                             MCGREGOR W. SCOTT
                                                                      United States Attorney


                                                             By: /s/ Mira R. Chernick
                                                                      MIRA R. CHERNICK
                                                                      Assistant United States Attorney

Dated: January 3, 2019                             HEATHER WILLIAMS
                                                                      Federal Defender

                                                             By: /s/ Hannah Rose Labaree
                                                                      HANNAH ROSE LABAREE
                                                                      Assistant Federal Defender

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING                                             1

ORDER

IT IS SO ORDERED.
Dated: January 8, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge